# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GERALD TODD BENNETT, JR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-16-580-M |
| LENNIS MILLER, Sheriff, et al., | ) |
| Defendants. | ) |

## ORDER

On July 7, 2016, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that plaintiff's cause of action be dismissed without prejudice. Plaintiff was advised of his right to object to the Report and Recommendation by July 27, 2016. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 6] issued by the Magistrate Judge on July 7, 2016, and

(2) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 10th day of August, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE